[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 17-12019
Non-Argument Calendar
_____

D.C. Docket No. 9:16-cr-80134-DTKH-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RODERICK NORFUS

Defendant-Appellant.
_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(January 26, 2018)

Before ED CARNES, Chief Judge, FAY and HULL, Circuit Judges.

BY THE COURT:

The Government's motion to dismiss this appeal pursuant to the appeal

waiver in Appellant's plea agreement is GRANTED.  *See United States v. Bushert*,

997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced

if it was made knowingly and voluntarily); *United States v. Bascomb*, 451 F.3d

1292, 1297 (11th Cir. 2006) (appeal waiver "cannot be vitiated or altered by comments the court makes during sentencing"); *United States v. Rubbo*, 396 F.3d 1330, 1334 (11th Cir. 2005) ("Plea bargains . . . are like contracts and should be interpreted in accord with what the parties intended.").